UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JAN SIPIORA** and **URSZULA SIPIORA,**  Plaintiffs,  vs.  **DOVENMUEHLE MORTGAGE, INC.**,  Defendants. | Case No. 1:21-cv-03995  Honorable Gary Feinerman  Magistrate Judge Maria Valdez |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Jan Sipiora and Urszula Sipiora and Defendant Dovenmuehle Mortgage, Inc., each by and through their undersigned counsel, advise the Court that the parties have reached a settlement in principle of all claims in this action. The parties are currently finalizing the terms of a written agreement and request that this matter be dismissed subject to reinstatement should any party notify the Court within 30 days that a final written agreement could not be reached.

Dated: September 20, 2021

*Respectfully submitted,*

*/s/ Rusty A. Payton*
Rusty A. Payton,
PAYTON LEGAL GROUP, LLC
20 North Clark Street, Suite 3300
Chicago, Illinois 60602
(773) 682-5210
info@payton.legal

*/s/ Arthur C. Czaja*
Arthur C. Czaja
LAW OFFICE OF ARTHUR CZAJA
7521 N. Milwaukee Avenue
Niles, Illinois 60714
(847) 647-2106
arthur@czajalawoffices.com

*Counsel for Plaintiff Samuel Kaufman*

*/s/ Lucia Nale*
Lucia Nale
Christopher S. Comstock
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, Illinois 60606
(312) 704-3527
lnale@mayerbrown.com
ccomstock@mayerbrown.com

*Counsel for Defendant Dovenmuehle Mortgage, Inc.*